COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| LINDA SMITH, | | No. 08-14-00317-CV |
| | § | |
| APPELLANT, | | Appeal from the |
| | § | |
| V. | | 388th District Court |
| | § | |
| JOHN BURT, | | of El Paso County, Texas |
| | § | |
| APPELLEE. | | (TC# 89-11455) |
| | § | |

## MEMORANDUM OPINION

This appeal is before the Court to determine whether it should be dismissed for want of prosecution. Finding that the Appellant's brief has not been filed, we dismiss the appeal for want of prosecution.

Appellant's brief was due to be filed on March 25, 2015 but none was filed. On April 1, 2015, the Clerk notified Appellant that her brief was past due and no motion for extension of time had been filed. The letter advised Appellant that the Court intended to dismiss the appeal for want of prosecution unless Appellant responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 38.8(a)(1). Neither the brief nor a motion for extension of time in which to file the brief has been filed. Accordingly, we dismiss the appeal for want of prosecution.

April 22, 2015

                                        YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.